UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINA M LATHAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C24-0092 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** Plaintiff's *in forma pauperis* application, Dkt. 1., and **ORDERS:**

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

2. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

DATED this 24th day of January, 2024.

*[signature]*

Ricardo S. Martinez
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1