UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINA M LATHAM,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C24-0092 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant's Response Brief is due June 14, 2024, and
- Plaintiff Optional Reply Brief is due June 28, 2024, or within 14 days of the date the response is filed, whichever is earlier.

DATED this 20th day of May, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1